Commonwealth Securities & Investments, Inc. (formerly Henry Fisher & Co., Inc., d/b/a Henry Fisher Municipals), Petitioner *v.* Commonwealth of Pennsylvania, Respondent.

C. C. Collings & Co., Inc., Petitioner *v.* Commonwealth of Pennsylvania, Respondent.

A. E. Masten & Company, Inc., Petitioner *v.* Commonwealth of Pennsylvania, Respondent.

Argued October 16, 1984, before President Judge CRUMLISH, JR. and Judges ROGERS, WILLIAMS, JR., MAC-PHAIL, DOYLE, BARRY and COLINS. Argument upon exceptions September 11, 1985, before President Judge CRUMLISH, JR. and Judges ROGERS, CRAIG, MAC-PHAIL, DOYLE, COLINS and PALLADINO.

*John D. O'Brien,* for petitioner, Commonwealth Securities & Investments, Inc.

*P. J. DiQuinzio,* for petitioner, C. C. Collings & Co., Inc.

*Foster S. Goldman, Jr.,* with him, *Robert T. Harper, Berkman, Ruslander, Pohl, Lieber & Engel,* for petitioner, A. E. Masten & Co., Inc.

*Michael A. Roman,* with him, *Paul S. Roeder,* Deputy Attorneys General, for respondent, Commonwealth of Pennsylvania.

PER CURIAM OPINION, October 18, 1985:

The Commonwealth has taken a number of exceptions to this Court's Opinion and Orders dated March 6, 1985 in the captioned cases. The central conclusion to which the Commonwealth has taken exception is the determination that the Corporate Net Income Tax, 72 P.S. 7401 *et seq.* is a direct tax upon income.

We have closely attended the Commonwealth's able brief and argument advancing essentially the same contentions favorable to the Commonwealth as those which were made by it when these matters were before us on appeals from orders of the Board of Finance and Revenue; and, adhering to the views we expressed in our earlier opinion and implemented by our orders, we now enter the following:

ORDER

AND Now, this 18th day of October, 1985, it is ordered that the Commonwealth's exceptions be and the same hereby are dismissed.